UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ANTONIO TORRES,

        Plaintiff,

v.

RNK JEWELRY, INC. and JIN KIM

        Defendants.

Case No: 21-CV-195(ER)

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants RNK JEWELRY INC. and JIN KIM ("Defendants") having offered to allow Plaintiff JOSE ANTONIO TORRES ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 30, 2021 and filed as Exhibit A to Docket Number 21;

**WHEREAS**, on April 30, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 21);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 30, 2021 and filed as Exhibit A to Docket Number 21. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: May 3, 2021
      New York, New York

                                            Edgardo Ramos
                                            U.S.D.J.